IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTHONY THOMPSON Individually
and on behalf of the ESTATE OF
CHRISTOPHER THOMPSON, Deceased                                    PLAINTIFF

v.                      CASE NO. 4:09CV957 BSM

YAMAHA MOTOR CORPORATION, USA,
YAMAHA MOTOR MANUFACTURING
CORPORATION OF AMERICA                                            DEFENDANTS

## ORDER

Defendants Yamaha Motor Corporation, U.S.A. and Yamaha Motor Manufacturing Corporation of America move to stay this case pending a determination by the Judicial Panel on Multidistrict Litigation regarding whether this case will be transferred to the Western District of Kentucky to become part of the multidistrict litigation in *In re Yamaha Corp. Rhino ATV Products Liability* (Doc. No. 6). Defendants' motion is granted.

The parties shall file notice of any action taken by the Judicial Panel on Multidistrict Litigation affecting this case.

Accordingly, defendants' motion to stay all proceedings (Doc. No. 6) is granted.

IT IS SO ORDERED this 27th day of January, 2010

_____
UNITED STATES DISTRICT JUDGE