*United States District Court*
*Western District of Kentucky*
*Office of the Clerk*
*United States Courthouse*
*601 West Broadway, Room 106*
*Louisville, Kentucky  40202-2249*
*(502) 625-3500*

*Jeffrey A. Apperson*                                                                                           *Vanessa L. Armstrong*
 *Clerk of Court*                                                                                                  *Chief Deputy Clerk*

February 4, 2010

James W. McCormack, Clerk
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
402 U. S. Courthouse
600 West Capitol Avenue
Little Rock, AR   72201-3325

In Re:   MDL 2016 - *In Re: YAMAHA MOTOR CORP. RHINO ATV PRODUCTS LIABILITY LITIGATION*

Dear Clerk of Court:

	Attached is a certified copy of CTO 18  from the Judicial Panel on Multidistrict Litigation ordering the transfer of a case currently pending in your district:

	**4:09-957 - Anthony Thompson, etc.  v. Yamaha Motor Corp., USA, et al**

	Pursuant to this order the above-styled case must be transferred to the Western District of Kentucky at Louisville.   Please file the attached certified copy of the CTO in the affected case, and close the case.

	*Please transmit the record of this case to the Western District of Kentucky at Louisville using the CM/ECF Case Transfer utility.*

	If you have any questions, please fee free to contact me by email to carolyn_s_debow@kywd.uscourts.gov or by telephone at 270-415-6406.

					Sincerely,

					s/ Carolyn DeBow, Deputy Clerk


Attachment:   Certified Copy of CTO No. 18

cc: Judicial Panel on Multidistrict Litigation